UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TANISHA CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| ) | 1:16-cv-02407-SCJ-LTW |
| v. ) | |
| ) | |
| LABORATORY CORPORATION ) | |
| OF AMERICA, ) | |
| RETRIEVAL-MASTERS ) | |
| CREDITORS BUREAU, INC., ) | |
| and CENTRAL ) | |
| CREDIT SERVICES LLC, ) | |
| ) | |
| Defendants. | |
| _____/ | |

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Tanisha Clark, and Defendants, Laboratory Corporation of America, Retrieval-Masters Creditors Bureau, Inc. and Central Credit Services, LLC, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above civil proceeding with prejudice, with each party to pay their own attorneys' fees and costs.

[Signatures are on the next page]

1

Dated: November 13, 2017

| | |
|---|---|
| **CENTRONE & SHRADER, PLLC**<br>612 W. Bay Street<br>Tampa, Florida 33606<br>Phone: (813) 360-1529<br>Fax: (813) 336-0832<br><br>/s/ Sumeet Shah_____<br>**SUMEET SHAH, ESQ.**<br>Georgia Bar No. 122408<br>e-mail: sshah@centroneshrader.com<br>**Attorney for Plaintiff, Tanisha Clark**<br><br>**SHEPARD, SMITH, KOHLMEYER & HAND, P.A.**<br>2300 Maitland Center Parkway<br>Suite 100<br>Maitland, Florida 32751<br>Phone: (407) 622-1772<br>Fax: (407) 622-1884<br><br>/s/ Ernest H. Kohlmyer III_____<br>**ERNEST H. KOHLMYER III, ESQ.**<br>Georgia Bar No. 427760<br>e-mail: SKohlmyer@ShepardFirm.com<br>**Attorney for Defendant, Retrieval-Masters Creditors Bureau, Inc.** | **PARKER, HUDSON, RAINER & DOBBS, LLP**<br>303 Peachtree Street, NE, Suite 3600<br>Atlanta, Georgia 30308<br>Phone: (404) 523-5300<br><br>/s/ Justin P. Gunter _____<br>**JUSTIN P. GUNTER, ESQ.**<br>Georgia Bar No. 969468<br>Email: jgunter@phrd.com<br>**Attorney for Defendant, Laboratory Corporation of America**<br><br>**SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C**<br>5229 Roswell Road, N.E.<br>Atlanta, Georgia 30342<br>Phone: (678) 209-7492<br>Fax: (877) 480-5639<br><br>/s/Wendy E. Fassbender_____<br>**WENDI E. FASSBENDER, ESQ.**<br>Florida Bar No. 179133<br>e-mail: wfassbender@sessions.legal<br>**Attorney for Defendant, Central Credit Services, LLC** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 13, 2017, I presented a true and correct copy of the foregoing to the Clerk for the Northern District of Georgia for filing by uploading to the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

/s/ Ernest H. Kohlmyer III_
Attorney
